

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS RAMIREZ #BP4853
(Name of Plaintiff)
P.O. BOX 8500
(Address of Plaintiff)
COALINGA CA 93210

2:22-CV-461-DSF-AFM
(Case Number)

vs.

COMPLAINT

CDCR
CALIFORNIA CORRECTIONAL
FACILITIES
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983       Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☐ Yes   ☒ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☐ Yes   ☒ No

   If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   ☐ Yes   ☒ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _____ is employed as _____
   _____ at _____

B. Additional defendants _____
_____
_____
_____
_____
_____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

SEE ATTACHMENTS

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Signed this __1__ day of __13_____, 20 _22_.

_Jesus Ramirez_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_1-13-2022_
(Date)

_Jesus Ramirez_
(Signature of Plaintiff)

To Whom It May Concern.

My name is Jesus Ramirez I'm an inmate in California Correctional Facilities. I'm reaching out with the hopes & intentions that someone will listen to the voices of the inmates & their families of which now has fallen on deaf ears when partaining to the safety policies & protocols of the California Correctional Facilities (here in after) Inmate Housing Facilities when dealing with the Covid 19 pandemic.

The 8th Admendment probition of civil & unusual ponishment also protects inmate rights to safe & humane conditions while incarcerated against conditions that are unsafe or that deprive inmates "basic human needs".

Doe to the Covid 19 virus, inmates have been put at serious risk doe to exposure of the virius by not being allowed proper social distencing. The CDC medical as well as California Correctional Facilities neglecting to thuroughly medically evaluate inmates infected by the Covid 19 virius before integrating them into the main population & by quarentining housing units without testing diagnosing or producing test results before placing units on quarantine

Helling vs McKenny 509 vs 25 (1993)

Housing units are continuesly placed in quarentine affecting inmates scheduled court dates unconstitutionaly extending inmates period of incarceration & violating inmates doe process rights of the 5th 6th, 8th and 14th

Admendments of the US Constitution while knowing the dangerous effects of the Covid virus California Correctional facilities officials are acting with "Deliberate Indifference"

Wilson V. Seiter 501 V.S 294 (1991) Also Former V.S Brenan 511 V.S 825 (1994) A large number of inmates have filed grivances that as of yet have not been answered.

Lance V.S Polers 97F.3D 987 (7th Cir 1996) As well as California Correctional facilities Housing facility records that refer to this problem, once it was brought to their attention causing emotional & stressful enc environment

Hill V.S Daka Reg'L Vath Det Cir 40F.3D 1176. 1/87 (11 Cir 1994) Although overcrowding is not considered inconstitutional on its own based on the Covid 19 virus pertaining to social distancing California Correctional facilities are not only overcrowded they deprive inmates of the ability to socially distance themselves which causes on unsafe inviroment.

(A) Inmates having a serious medical need (Covid-19 testing)
(B) California Corrections officials and staff "Deliberate indifference" to inmates serious medical need. Covid-19 testing, social distancing and properly quarantining of infected inmates.

(C) This indifference causing other inmates to contract Covid-19 virus by officials failing to conduct proper Covid-19 pandemic protocol withine their housing facilities.

Hill v.s Dekalb Reg'l Det. Ctr., 40 F.3D, 1176, 1187 (11th Ch 1994)

Estelle, 492 U.S. at 104; Jett v.s Penner, 439 F.3D 1091, 1096 (9th Cir 2006)

Gutierrez v.s Peters 111 F.3D 1364, 1369 (7th Cir 1997) Certin conditions may not be considered unconstitutional in their own yet they add up to create on over all effect that is unconstitutional. Palman v.s Johnson 193 F.3D 346 (5th Cir 1999) In conclusion the Supreme Court explained that because (A) an inmate must rely on prison authorities to treat their medical needs; if authoraties fail to do so, those needs will not be met

Estelle v.s Gamble. 429 U.S. 9 103 (1976

Jesus Ramirez submits that the actions of CDCR the CDCR officials/staff and the California Corrections Office and Inspector General acting within the color of their authority, exist reprisal, and partiality. Where of resulted in injury to Jesus Ramirez.

Jesus Ramirez submits to declare that in accord to the laws of the state of California and under the penalties of perjury within the state. That all of his statements provided here wyth citizens complaint are true to the best of his knowledge, and believes to be true as well

Jesus Ramirez # BP4853
PVSP C.5. 108 Low
P.O. Box 8500
Coalinga CA 93210

LEGAL MAIL

Le G Santa Clarita CA 913
18 JAN 2022 PM 5 L

CV

United States District Court
Central Distric of California
Office of the Clerk
255 East Temple St. Room 180
Los Angeles CA 70012